United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Nichele A. Younger  
     Debtor

Case No. 18-10544-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Jun 19, 2018  
                    Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2018.  
db          +Nichele A. Younger,    760 Bennington Road,    Folcroft, PA 19032-1604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14046918       +E-mail/Text: blegal@phfa.org Jun 20 2018 02:46:01      PA HOUSING FINANCE AGENCY,  
              211 NORTH FRONT STREET,    P O BOX 15057,    HARRISBURG PA 17105-5057  
                                                                                               TOTAL: 1

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2018                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2018 at the address(es) listed below:  
         JOHN L. MCCLAIN    on behalf of Debtor Nichele A. Younger aaamcclain@aol.com,  
           edpabankcourt@aol.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                           TOTAL: 3

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Nichele A. Younger | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 18-10544-amc |

NOTICE

To the debtor, debtor's counsel, trustee, and creditor PA HOUSING FINANCE AGENCY;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $117063.54 has been filed in your name by Counsel for the Debtor John L. McClain on 6/18/18

Dated: 6/19/18

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: C. Wagner
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)