**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                : Chapter 13
    Younger, Nichele A.

    Debtor                       :    18-10544

**PRAECIPE TO WITHDRAW PROOF OF CLAIM NUMBER 6**

TO THE CLERK OF THE COURT

    The Debtors hereby withdraw proof of claim number 6 filed on behalf of PA Housing Finance Agency by Debtor's counsel on 6/18/18 since a claim was filed direct by this Creditor.

Date:  September 17, 2018

"/s/" Mitchell J. Prince
John L. Mc Clain, Esquire
Mitchell J. Prince, Esquire
Attorneys for Debtor