# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Nichele A. Younger<br>              Debtor<br><br>PENNSYLVANIA HOUSING FINANCE AGENCY<br>              Movant<br>     vs.<br><br>Nichele A. Younger<br>              Respondent | CHAPTER 13<br><br><br>NO. 18-10544 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection of PENNSYLVANIA HOUSING FINANCE AGENCY to Confirmation of Chapter 13 Plan, which was filed with the Court on or about August 21, 2018 (Doc. No. 23).

                                    Respectfully submitted,

                                    **/s/ Kevin G. McDonald, Esquire**
                                    Kevin G. McDonald, Esquire
                                    Attorney for Movant
                                    KML Law Group, P.C.
                                    BNY Mellon Independence Center
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA  19106
                                    215-627-1322

September 20, 2018