## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              : Chapter 13
    Younger, Nichele A.

      Debtor                    : 18-10544


### CERTIFICATE OF SERVICE


    I certify that on  November 19, 2018 , I mailed by regular first class mail and/or by electronic means, a copy of the Debtor's Motion to Avoid Lien Impairing Exemption-Judicial Lien and Order Requiring Answer and Notice of Hearing to Consider Motion to the parties listed below.


Dated:November 19, 2018


        "/s/" Mitchell J. Prince
        John L. McClain, Esquire
        Mitchell J. Prince, Esquire
        Attorneys for debtor


**JOHN L. MCCLAIN & ASSOCIATES, PC**
**ATTORNEYS AT LAW**
**P.O. Box 123**
**Narberth, PA 19072**

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

DISCOVER BANK
PO. Box 3025
New Albany, OH 43054-3025
ATTN: Kyle Beckman

DISCOVER BANK
c/o Pressler and Pressler
7 Entin Rd
Parsippany, NJ 07054.

Younger, Nichele A.
760 Bennington Road
Folcroft, PA 19032