**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                               : Chapter 13
    Younger, Nichele A.

     Debtor                    : 18-10544


<u>**CERTIFICATE OF SERVICE**</u>


    I certify that on  <u>November 19, 2018</u> , I mailed by regular first class mail and/or by electronic means, a copy of the Debtor's Motion to Avoid Lien Impairing Exemption-Judicial Lien and Order Requiring Answer and Notice of Hearing to Consider Motion to the parties listed below.


Dated:<u>November 19, 2018</u>


       <u>"/s/" Mitchell J. Prince</u>
       John L. McClain, Esquire
       Mitchell J. Prince, Esquire
       Attorneys for debtor


**JOHN L. MCCLAIN & ASSOCIATES, PC
ATTORNEYS AT LAW
P.O. Box 123
Narberth, PA 19072**

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Midland Funding LLC
P.O. Box 2011
Warren, MI 48090
ATTN: Kelly Hutchins

Younger, Nichele A.
760 Bennington Road
Folcroft, PA 19032