**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                        Chapter 13

                        Bankruptcy No. 18-10544-MDC

NICHELE A YOUNGER

760 BENNINGTON ROAD

FOLCROFT, PA 19032

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    NICHELE A YOUNGER

    760 BENNINGTON ROAD

    FOLCROFT, PA 19032

Counsel for debtor(s), by electronic notice only.

    JOHN L. MCCLAIN
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

                                                /S/ William C. Miller

Date: 8/4/2020                                _____

                                                William C. Miller, Esquire
                                                Chapter 13 Standing Trustee