Case 18-10544-mdc    Doc 89    Filed 06/18/23    Entered 06/19/23 00:44:52    Desc Imaged
Certificate of Notice    Page 1 of 3

United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Nichele A. Younger  
    Debtor

Case No. 18-10544-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Jun 16, 2023      Form ID: 138OBJ      Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nichele A. Younger, 760 Bennington Road, Folcroft, PA 19032-1604 |
| 14046908 | + | Credit Solutions Corp, 5454 Ruffin Rd Suite 200, San Diego, CA 92123-1313 |
| 14046913 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 14046917 | + | Nys Higher Ed Services, 99 Washington Ave, Albany, NY 12210-2822 |
| 14046919 | + | SOLARZ REBECCA A, Esq., 110 MAPLE AVENUE, PEWEE VALLEY, KY 40056-9005 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 17 2023 00:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 17 2023 00:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14086319 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 17 2023 00:48:34 | CACH, LLC its successors and assigns as assignee, of FIA Card Services, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14046906 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 17 2023 00:49:50 | Capital One, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14046907 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 17 2023 00:48:57 | Credit One Bank Na, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14054884 | | Email/Text: mrdiscen@discover.com | Jun 17 2023 00:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14046910 | + | Email/Text: mrdiscen@discover.com | Jun 17 2023 00:42:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 14077232 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 17 2023 00:42:00 | Educational Credit Management Corporation, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 14046912 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 17 2023 00:42:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14046915 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 17 2023 00:42:00 | MIDLAND FUNDING LLC, 2365 NORTHSIDE DR. STE 300, SAN DIEGO CA 92108-2710 |
| 14066583 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 17 2023 00:42:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 14046914 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 17 2023 00:42:00 | Midland Funding, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 14046918 | + | Email/Text: blegal@phfa.org | | |

| Recip ID | Bypass | Email/Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 17 2023 00:42:00 | PA HOUSING FINANCE AGENCY, 211 NORTH FRONT STREET, P O BOX 15057, HARRISBURG PA 17105-5057 |
| 14161622 | + | Email/Text: blegal@phfa.org | Jun 17 2023 00:42:00 | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14048421 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 17 2023 00:50:43 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14046909 | | Email/Text: signed.order@pfwattorneys.com | Jun 17 2023 00:42:00 | DISCOVER BANK, c/o Presler and Presler, 7 Entin Rd, Parsippany, NJ 07054 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14046916 | *+ | Nichele A. Younger, 760 Bennington Road, Folcroft, PA 19032-1604 |
| 14046911 | ##+ | Equiant Financial Svcs, Attn: Bankrupty Dept, 5401 N Pima Rd, Scottsdale, AZ 85250-2630 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 18, 2023          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Pennsylvania Housing Finance Agency bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| JOHN L. MCCLAIN | on behalf of Debtor Nichele A. Younger aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Nichele A. Younger
        Debtor(s)

Case No: 18−10544−mdc
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/16/23

86 − 80
Form 138OBJ